**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Daniel Soto SICAIROS, a.k.a. Daniel S. Soto, a.k.a. Daniel Soto–Cicairos, a.k.a. Daniel Soto–Sicairos, Defendant–Appellant.**

No. 14–10258.

United States Court of Appeals, Ninth Circuit.

Submitted May 13, 2015.*

Filed May 18, 2015.

Shana Harris, Assistant U.S., USPX–Office of the U.S. Attorney, Phoenix, AZ, for Plaintiff–Appellee.

Tara Kristine Hoveland, South Lake Tahoe, CA, for Defendant–Appellant.

Before: LEAVY, CALLAHAN, and M. SMITH, Circuit Judges.

## MEMORANDUM **

Daniel Soto Sicairos appeals from the district court's judgment and challenges the 46–month sentence imposed on remand

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

following his guilty-plea conviction for reentry of a removed alien, in violation of 8 U.S.C. § 1326. Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Soto Sicairos's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Soto Sicairos the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Counsel's motion to withdraw is **GRANTED**.

**AFFIRMED.**